

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-16-00203-CV

**WALKER SCHMIDT** and Schmidt Land Services, Inc.,
Appellants

v.

Casie **ASHWORTH** a/k/a Casie Watkins,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03339
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The trial court clerk has filed a notification of late record, stating that she is unable to file the clerk's record on time and requesting an extension of time to file the clerk's record. The request for an extension is GRANTED. The clerk's record is due on or before **April 28, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court